719 A.2d 310

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Lamont BLAGMAN.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1998.

Decided Nov. 9, 1998.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

Daniel A. Rendine, Philadelphia, for Lamont Blagman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.